No. 236. GEORGE E. BOWLING ET AL. *v.* FRANK BEAVER ET AL. Error to the Supreme Court of the State of Oklahoma. Motion to dismiss or affirm submitted October 5, 1925. Decided October 12, 1925. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. *Mr. Dick Rice* for defendants in error, in support of the

motion. *Messrs. Vern E. Thompson* and *Halbert H. Mc-Cluer* for plaintiffs in error, in opposition thereto.